1  **MARK C. SEVERINO, ESQ.**
Nevada Bar No. 14117
2  **ELISA L. WYATT, ESQ.**
Nevada Bar No. 13034
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN**
4  **& DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
5  Las Vegas, NV 89119
 (702) 727-1400; FAX (702) 727-1401
6  mark.severino@wilsonelser.com
elisa.wyatt@wilsonelser.com
7  *Attorneys for Defendant*
*SOUTHWEST AIRLINES CO.*
8

### UNITES STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE MCCABE,<br><br>            Plaintiff,<br><br>   v.<br><br>SOUTHWEST AIRLINES, CO., a Foreign Corporation; DOES 1 through 50; and ROE ENTITIES 2 through 100 inclusive,<br><br>            Defendants. | CASE NO: 2:22-cv-01628-JAD-VCF<br><br>**STIPULATION TO ENLARGE THE TIME FOR SOUTHWEST TO RESPOND TO PLAINTIFF'S MOTION TO REMAND**<br><br>[ECF No. 9] |

    The parties, Defendant, SOUTHWEST AIRLINES, CO., by and through its counsel of record, Wilson, Elser, Moskowitz, Edelman and Dicker, LLP, by Mark C. Severino, Esq. and Plaintiff, VALERIE MCCABE, by and through her counsel of record, Donn W. Prokopius, Esq. of Donn W. Prokopius, Chtd., hereby submit the following STIPULATION TO ENLARGE SOUTHWEST AIRLINE'S TIME TO RESPOND TO PLAINTIFF'S MOTION TO REMAND:

    1.    Plaintiff filed her Motion to Remand on October 10, 2022.

    2.    Since that time, the parties, through their undersigned counsel, have been negotiating a stipulation regarding the Motion to Remand.

    3.    At this time, an agreement has not been reached, but the parties continue to negotiate.

276739172v.1

4. As a result, the parties have agreed and stipulated to enlarge Southwest's time to file an opposition brief or otherwise respond to Plaintiff's Motion to Remand.

5. Pursuant to the agreement, Southwest's new deadline to oppose or otherwise respond to the Motion to Remand shall be Friday, November 4, 2022.

| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | DONN W. PROKOPIUS, CHTD. |
|---|---|
| By: /s/ Mark C. Severino<br>**MARK C. SEVERINO, ESQ.**<br>Nevada Bar No. 14117<br>**ELISA L. WYATT, ESQ.**<br>Nevada Bar No. 13034<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, NV 89119<br>(702) 727-1400; FAX (702) 727-1401<br>mark.severino@wilsonelser.com<br>elisa.wyatt@wilsonelser.com<br>*Attorneys for Defendant*<br>*SOUTHWEST AIRLINES CO.* | By: /s/ Donn W. Prokopius<br>**DONN W. PROKOPIUS**<br>Nevada Bar No. 6460<br>3407 West Charleston Blvd.<br>Las Vegas, Nevada 89102<br>(702) 474-0500; FAX (702)-951-8022<br>donn@dwp-law.com<br>*Attorneys for Plaintiff*<br>VALERIE MCCABE |

IT IS SO ORDERED.

Dated this __24th__ day of ___October___, 2022.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted:

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: /s/ Mark C. Severino, Esq.
Mark C. Severino, Esq.
Nevada Bar No. 14117
Elisa L. Wyatt, Esq.
Nevada bar No. 13034
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
*Attorneys for Defendant*
*SOUTHWEST AIRLINES CO.*

276739172v.1