UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Valerie McCabe,<br><br>    Plaintiff<br><br>v.<br><br>Southwest Airlines Co.,<br><br>    Defendant | Case No.: 2:22-cv-01628-JAD-VCF<br><br>**Remand Order**<br><br>[ECF No. 7] |

    Valerie McCabe filed this tort action based entirely on state-law claims in Nevada State Court. Defendant Southwest Airlines Co. removed this case to this court under 28 U.S.C. § 1332 and 1441(b) based on diversity of citizenship.[1] Arguing that the defendant cannot show that this case meets the amount in controversy for federal jurisdiction, plaintiff moves to remand.[2] For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 7] is GRANTED**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 31, Case No. A-22-857270-C,** and CLOSE THIS CASE.

Dated: November 29, 2022

                                                _____
                                                U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1.
[2] ECF No. 7.